IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 21  AM 11: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 05-20140-Ml |
| vs. ) | |
| ) | |
| LEONARD DAVIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

Before the court is the government's motion to dismiss Count Three of Indictment 05-20140. For good cause shown, the motion is granted.

Entered this 18 day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

Date: 11/18/05
Approved by: _____
Special Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-21-05

(37)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20140 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT