IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC -9 PM 4: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TENN. MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS ) | CASE NO. 2:05CR20140-Ml |
| LEONARD DAVIS ) | |
| Defendant. ) | |

## ORDER TO SURRENDER

The defendant, Leonard Davis, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **FCI-YAZOO CITY, P. O. Box 5050, Yazoo City, MS 39194** by **2:00 p.m.** on **MONDAY, JANUARY 9, 2006.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall sign one copy of this Order in the proper space below and return it to the Clerk of the Court in the enclosed self-addressed envelope, acknowledging that he/she has received a copy of this Order, and that he/she will report as ordered to the facility named above.

**ENTERED** this the 9 day of December, 2005

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

## ACKNOWLEDGEMENT

I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.

Signed: _____
                        Defendant

Date: _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20140 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT